B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Western District of Washington

# Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle): **Oregon Coachways, Inc** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **93-08399990** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
|---|---|

| Street Address of Debtor (No. and Street, City, and State): **1501 Fourth Avenue, Suite 1900 Seattle, WA** — ZIP Code **98101** | Street Address of Joint Debtor (No. and Street, City, and State): — ZIP Code |
|---|---|

| County of Residence or of the Principal Place of Business: **King** | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address): — ZIP Code | Mailing Address of Joint Debtor (if different from street address): — ZIP Code |
|---|---|

Location of Principal Assets of Business Debtor (if different from street address above):

---

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

---

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Oregon Coachways, Inc** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**Frederick D. Berg** | Case Number:<br>**10-18668-KAO** | Date Filed:<br>**7/27/10** |
|---|---|---|
| District:<br>**Western** | Relationship:<br>**Affiliate** | Judge:<br>**Karen A. Overstreet** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Oregon Coachways, Inc** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ George Treperinas WSBA**
Signature of Attorney for Debtor(s)

**George Treperinas WSBA #15434**
Printed Name of Attorney for Debtor(s)

**Karr Tuttle Campbell**
Firm Name
**1201 Third Avenue**
**Suite 2900**
**Seattle, WA 98101**

Address

**206 223 1313  Fax: 206 682 7100**
Telephone Number

**November 16, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Diana K. Carey**
Signature of Authorized Individual
**Diana K. Carey**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual
**November 16, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtupcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Washington

In re    __Oregon Coachways, Inc__                 Case No. _____

                                  Debtor(s)            Chapter     __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **All Points Capital Corp.**<br>**PO Box 9066**<br>**Hicksville, NY 11801-9066** | **All Points Capital Corp.**<br>**PO Box 9066**<br>**Hicksville, NY 11801-9066** | | **Disputed** | **5,291.08** |
| **Chamber of**<br>**Commerce-Eugene**<br>**PO Box 1107**<br>**Eugene, OR 97440** | **Barbara Brunton, Bus. Mgr.**<br>**Chamber of Commerce-Eugene**<br>**1401 Willamette St**<br>**Eugene, OR 97401**<br>**541-484-1314; Fax: 541-484-4942** | | **Disputed** | **490.00** |
| **Countryside Disposal**<br>**PO  Box 125**<br>**Junction City, OR 97448** | **Jason Lovewell**<br>**Countryside Disposal**<br>**PO  Box 125**<br>**Junction City, OR 97448**<br>**541-687-1259** | | **Disputed** | **949.40** |
| **Dun & Bradstreet**<br>**75 Remittance Drive**<br>**Suite 1793**<br>**Chicago, IL 60675-1793** | **Kathy Guinnessey, Treas.**<br>**Dun & Bradstreet**<br>**103 JFK Pkwy**<br>**Short Hills, NJ 07078**<br>**973-921-5892** | | **Disputed** | **449.00** |
| **EWEB**<br>**PO Box 10148**<br>**Eugene, OR 97440** | **Roger Gray, Gen. Mgr.**<br>**EWEB**<br>**500 E Fourth Ave**<br>**Eugene, OR 97401**<br>**541-685-7000; Fax: 541-685-7624** | | **Disputed** | **986.38** |
| **MetLife Small Business**<br>**Center**<br>**PO Box 804466**<br>**Kansas City, MO 64180-4466** | **A/R**<br>**MetLife Small Business Center**<br>**PO Box 804466**<br>**Kansas City, MO 64180-4466**<br>**(800) 275-4638  Ext. 0002** | | **Disputed** | **710.64** |
| **Napa**<br>**2115 Olympic St.**<br>**Springfield, OR 97477** | **Greg Cornwell, Pres.**<br>**Emerald Valley Auto Parts-NAPA**<br>**2115 Olympic St.**<br>**Springfield, OR 97477**<br>**541-746-2538** | | **Disputed** | **3,677.19** |

**B4 (Official Form 4) (12/07) - Cont.**

In re **Oregon Coachways, Inc**                                    Case No. _____
_____
             Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Ott's Friction Supply**<br>**201 North Columbia Blvd**<br>**Portland, OR 97217** | **Jerry Weis, Pres.**<br>**Ott's Friction Supply**<br>**201 North Columbia Blvd**<br>**Portland, OR 97217**<br>**(503) 283-4165** | | **Disputed** | **786.72** |
| **Petrocard**<br>**PO Box 34243**<br>**Seattle, WA 98124** | **Steve Zaitz, CFO**<br>**Petrocard**<br>**730 Central Ave S.**<br>**Kent, WA 98032**<br>**253-852-2777; Fax: 253-854-7963** | | **Disputed** | **38,907.21** |
| **Prevost Car, Inc.**<br>**PO Box 5594**<br>**Elgin, IL 60121-5594** | **Gaetan Bolduc**<br>**Prevost Car, Inc.**<br>**Sainte Clair, Quebec G0R 2V0**<br>**418-883-3391; Fax: 418-883-4157** | | **Disputed** | **10,910.12** |
| **QWEST**<br>**PO Box 856137**<br>**Louisville, KY 40285-6137** | **Legal Dept.**<br>**QWEST**<br>**PO Box 856137**<br>**Louisville, KY 40285-6137**<br>**303-993-6153** | | **Disputed** | **366.57** |
| **Ricoh Americas Corp.**<br>**PO Box 4245**<br>**Carol Stream, IL 60197-4245** | **Mark Hershey, Gen. Counsel**<br>**Ricoh Americas Corp.**<br>**5 Dedrick Place**<br>**Caldwell, NJ 07006**<br>**973-882-2000; Fax: 973-882-2196** | | **Disputed** | **851.68** |
| **Sprint**<br>**PO Box 4181**<br>**Louisville, KY 40285-6137** | **Robert Brust, FCO**<br>**Sprint**<br>**6200 Sprint Pkwy**<br>**Overland Park, KS 66251**<br>**800-829-0965; Legal: 913-624-5800** | | **Disputed** | **1,386.71** |
| **The Jerry Brown Co.**<br>**PO Box 41390**<br>**Eugene, OR 97404** | **Garry Likens, Sec.**<br>**The Jerry Brown Co.**<br>**2690 Prairie Rd.**<br>**Eugene, OR 97402**<br>**541-688-8211; Fax: 541-688-8214** | | **Disputed** | **1,505.00** |
| **Truck'N Travel**<br>**PO Box 70677**<br>**Eugene, OR 97401-0133** | **John Anderson**<br>**Truck'N Travel**<br>**32910 East Pearl St.**<br>**Eugene, OR 97408**<br>**541-485-2137; Fax: 541-484-4953** | | **Disputed** | **71,605.28** |
| **UniFirst**<br>**PO Box 301219**<br>**Portland, OR 97294** | **Steven Sintros, CFO**<br>**UniFirst Corp**<br>**68 Jonspin Rd.**<br>**Wilmington, MA 01887**<br>**800-455-7654** | | **Disputed** | **1,680.13** |
| **University Publications**<br>**946 NW Circle Blvd, DEPT 281**<br>**Corvallis, OR 97330** | **University Publications**<br>**946 NW Circle Blvd, DEPT 281**<br>**Corvallis, OR 97330** | | **Disputed** | **1,585.00** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Oregon Coachways, Inc**                                                   Case No. _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Willingham Upholstery**<br>**20008 244th Ave. S.E.**<br>**Maple Valley, WA 98038** | **William Hill**<br>**Willingham Upholstery**<br>**20008 244th Ave. S.E.**<br>**Maple Valley, WA 98038**<br>**(425) 432-9867; Fax 425-432-0336** | | **Disputed** | **5,076.28** |
| **Wyatt's Tire Co.**<br>**390 West 11th Ave.**<br>**Eugene, OR 97401** | **Matt Lowe**<br>**Wyatt's Tire Co.**<br>**390 West 11th Ave.**<br>**Eugene, OR 97401**<br>**(541) 344-3218; Fax: 344-3221** | | **Disputed** | **7,038.17** |
| **Zep Sales & Service**<br>**FILE 50188**<br>**Los Angeles, CA 90074-0188** | **Mark Bachman, CFO**<br>**Zep Sales & Service**<br>**1310 Seaboard Indust. Blvd, NW**<br>**Atlanta, GA 30318**<br>**404-352-1680; Fax: 404-603-7958** | | **Disputed** | **497.15** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **November 16, 2010** _____        Signature   **/s/ Diana K. Carey** _____
                                                                          **Diana K. Carey**
                                                                          **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

A-Z RESOURCES, LLC
10370 HEMET ST., SUITE 350
RIVERSIDE, CA 92503


AIRGAS
PO BOX 7427
PASADENA, CA 91109-7427


ALL POINTS CAPITAL CORP.
PO BOX 9066
HICKSVILLE, NY 11801-9066


ALL POINTS CAPITAL CORP.
275 BROADHOLLOW RD
MELVILLE, NY 11747


ALL WAYS JAKES
90060 PRAIRIE ROAD
EUGENE, OR 97402


AT&T
PO BOX 78522
PHOENIX, AZ 85062-8522


AT&T
PAYMENT CENTER
SACRAMENTO, CA 95887-0001


AT&T
ATTN REMITTANCE CENTER
ALPHARETTA, GA 30005


AT&T
PO BOX 105068
ATLANTA, GA 30348-5068


ATTORNEY GENERAL'S OFFICE
CA DEPT. OF JUSTICE
ATTN: LEGAL/BANKRUPTCY
PO BOX 944255
SACRAMENTO, CA 94244-2550

CA EMPLOYMENT SEC. DEPT.
7000 FRANKLIN BLVD.
BLDG. 1100 MIC57
SACRAMENTO, CA 95823


CA STATE DEPT. OF L & I
ATTN: LEGAL/BANKRUPTCY
455 GOLDEN GATE AVE
SAN FRANCISCO, CA 94102


CA STATE TREASURER'S OFFICE
915 CAPITOL MALL C-15
SACRAMENTO, CA 95814


CHAMBER OF COMMERCE-EUGENE
PO BOX 1107
EUGENE, OR 97440


CITY OF EUGENE
 777 PEARL ST.
EUGENE, OR 97401


CITY OF SEATTLE
700 FIFTH AVE., STE 4250
PO BOX 34214
SEATTLE, WA 98124-4214


COMMERCE BANK
601 UNION STREET SUITE 3600
SEATTLE, WA 98101


COUNTRYSIDE DISPOSAL
PO  BOX 125
JUNCTION CITY, OR 97448


COUNTRYSIDE DISPOSAL
1260 CHARNELTON ST.
EUGENE, OR 97401


DARREN BERG
1501 4TH AVE. STE. 1900
SEATTLE, WA 98101

```
DUN & BRADSTREET
75 REMITTANCE DRIVE
SUITE 1793
CHICAGO, IL 60675-1793


DUN & BRADSTREET
103 JFK PKWY
SHORT HILLS, NJ 07078


EUGENE CHAMBER OF COMMERCE
1401 WILLAMETTE ST.
EUGENE, OR 97401


EWEB
PO BOX 10148
EUGENE, OR 97440


EWEB
500 EAST FOURTH AVE
EUGENE, OR 97401


FRICTION MATERIAL
PO BOX 2400
EUGENE, OR 97402-0135


IBS, INC.
PO BOX 1717
AUBURN, WA 98071-1717


INCA GOLD PRODUCTS LLC
1450 WEST 135TH STREET
GARDENA, CA 90249


INTERNAL REVENUE SERVICE
ATTN: CHIEF, SP. PROCEDURES
915 SECOND AVE., M/S W245
SEATTLE, WA 98174


INTERNAL REVENUE SERVICE
ATTN: CHIEF, SP. PROCEDURES
300 COUNTRY CLUB RD.
EUGENE, OR 97401
```

```
INTERNAL REVENUE SERVICE
ATTN: CHIEF, SP. PROCEDURES
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA 94102


KING COUNTY TREASURER
500 FOURTH AVE.
SEATTLE, WA 98104


LANE COUNTY PUBLIC SVC. BLDG.
ATTN: LEGAL/BANKRUPTCY
125 EAST 8TH AVE
EUGENE, OR 97401


M. ZEIGLER II, REVENUE OFFICER
419 7TH AVE. SE #150A
M/S W760C
OLYMPIA, WA 98501-1325


MARK CALVERT, TRUSTEE
RE: CONSOLIDATED CASE#10-17952
815 1ST AVE #150
SEATTLE, WA 98104


MARK CALVERT, TRUSTEE
C/O MICHAEL GEARIN
K&L GATES LLP
925 4TH AVE STE 2900
SEATTLE, WA 98104


MERIDIAN CONSOL. INVESTOR COMM
C/O JANE PEARSON
FOSTER PEPPER PLLC
1111 3RD AVE STE 3400
SEATTLE, WA 98101


METLIFE SMALL BUSINESS CENTER
PO BOX 804466
KANSAS CITY, MO 64180-4466


MULTIMEDIA SALES & MARKETING
PO BOX 5065
BURRALO GROVE, IL 60089
```

NAPA
2115 OLYMPIC ST.
SPRINGFIELD, OR 97477


NORTHWEST NATURAL GAS
PO BOX 6017
PORTLAND, OR 97228-6017


OFFICE OF OR STATE TREASURER
450 WINTER ST. NE, STE. 100
SALEM, OR 97301-3896


OFFICE OF THE TREASURER & TAX
CITY HALL - ROOM 140
1 DR. CARLTON B. GOODLETT PL.
SAN FRANCISCO, CA 94102


OREGON BUREAU OF L & I
ATTN: LEGAL/BANKRUPTCY
800 NE OREGON ST., STE. 1045
PORTLAND, OR 97232


OREGON DEPT. OF JUSTICE
ATTN: LEGAL/BANKRUPTCY
1162 COURT STREET NE
SALEM, OR 97301-4096


OREGON DEPT. OF REVENUE
955 CENTER ST. NE
SALEM, OR 97301-2555


OREGON EMPL. SEC. DEPT.
875 UNION ST. NE
SALEM, OR 97311


OTT'S FRICTION SUPPLY
201 NORTH COLUMBIA BLVD
PORTLAND, OR 97217


PACIFIC CONTINENTAL
PO BOX 5014
RICHMOND, CA 94805-5014

```
PEOPLE'S CAPITAL & LEASING
255 BANK STREET
WATERBURY, CT 06702


PEOPLE'S CAPITAL & LEASING
255 BANK STREET
WATERBURY, CT 06702


PEOPLE'S CAPITAL & LEASING
255 BANK STREET
WATERBURY, CT 06702


PETROCARD
PO BOX 34243
SEATTLE, WA 98124


PETROCARD
730 CENTRAL AVE. S.
KENT, WA 98032


PORT OF PORTLAND
PO BOX 5095
PORTLAND, OR 97208-5095


PREVOST CAR, INC.
PO BOX 5594
ELGIN, IL 60121-5594


PREVOST CAR, INC.
35 GAGNON BLVD
STE-CLAIRE, QC G0R 2V0
CANADA


QWEST
PO BOX 856137
LOUISVILLE, KY 40285-6137


QWEST
DEPT 047
DENVER, CO 80271


QWEST
PO BOX 79167
PHOENIX, AZ 85062-9167
```

```
QWEST
PO BOX 12480
SEATTLE, WA 98111-4480


QWEST
PO BOX 91155
SEATTLE, WA 98111-9255


RICOH AMERICAS CORP.
PO BOX 4245
CAROL STREAM, IL 60197-4245


RICOH AMERICAS CORP.
5 DEDRICK PL
CALDWELL, NJ 07006


ROGUE DISP. & RECYCLING, INC
PO BOX 3187
CENTRAL POINT, OR 97502-0007


ROGUE VALLEY SEWER SERVICES
PO BOX 3130
CENTRAL POINT, OR 97502


SPRINT
PO BOX 4181
LOUISVILLE, KY 40285-6137


SPRINT
6200 SPRINT PKWY
OVERLAND PARK, KS 66251


STATE OF WA EMPL. SEC. DEPT
PO BOX 47076
SEATTLE, WA 98146-7076


STATE OF WA, DEPT OF L & I
BANKRUPTCY UNIT
PO BOX 4170
OLYMPIA, WA 98504-4170


THE JERRY BROWN CO.
PO BOX 41390
EUGENE, OR 97404
```

```
THE JERRY BROWN CO.
2690 PRAIRIE RD.
EUGENE, OR 97402


TRAVEL LANE COUNTY
PO BOX 10286
EUGENE, OR 97440


TRUCK N' TRAVEL
32910 EAST PEARL ST.
EUGENE, OR 97408


TRUCK'N TRAVEL
PO BOX 70677
EUGENE, OR 97401-0133


UNIFIRST
PO BOX 301219
PORTLAND, OR 97294


UNIFIRST
68 JONSPIN RD
WILMINGTON, MA 01887


UNIT CHEMICAL CORP.
7360 COMMERCIAL WAY
HENDERSON, NV 89011


UNIVERSITY PUBLICATIONS
946 NW CIRCLE BLVD, DEPT 281
CORVALLIS, OR 97330


UNUM LIFE INS. CO OF AMERICA
PO BOX 406990
ATLANTA, GA 30384-6990


VISION SERVICE PLAN
PO BOX 45200
SAN FRANCISCO, CA 94145-5200


WA ST. DEPT. OF EMPL. SEC.
UI TAX & WAGE ADMIN - E. MOE
PO BOX 9046
OLYMPIA, WA 98507-7076
```

```
WA STATE DEPT. OF REVENUE
ATTN: DOUG HOUGHTON
2101 FOURTH AVE., STE 1400
SEATTLE, WA 98121


WA STATE OFFICE OF ATTY GEN
ATTN: LEGAL/BANKRUPTCY
1125 WASHINGTON ST. SE
OLYMPIA, WA 98504


WASHINGTON STATE TAX AGENCIES
C/O Z. MOSNER, ASST. ATTY GEN
BANKRUPTCY & COLLECTIONS UNIT
800 FIFTH AVE., STE 2000
SEATTLE, WA 98104-3188


WELLS FARGO EQUIPMENT FINANCE
NW-5934
PO BOX 1450
MINNEAPOLIS, MN 55485-5934


WELLS FARGO EQUIPMENT FINANCE
NW-5934
PO BOX 1450
MINNEAPOLIS, MN 55485-5934


WELLS FARGO EQUIPMENT FINANCE
NW-5934
PO BOX 1450
MINNEAPOLIS, MN 55485-5934


WELLS FARGO EQUIPMENT FINANCE
NW-5934
PO BOX 1450
MINNEAPOLIS, MN 55485-5934


WELLS FARGO EQUIPMENT FINANCE
733 MARQUETTE AVE
SUITE 700
MINNEAPOLIS, MN 55402


WILLINGHAM UPHOLSTERY
20008 244TH AVE. S.E.
MAPLE VALLEY, WA 98038
```

WYATT'S TIRE CO.
390 WEST 11TH AVE.
EUGENE, OR 97401


ZEP SALES & SERVICE
FILE 50188
LOS ANGELES, CA 90074-0188

# United States Bankruptcy Court
## Western District of Washington

In re  **Oregon Coachways, Inc**

Debtor(s)

Case No.

Chapter  **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Diana K. Carey**, declare under penalty of perjury that I am the **President** of **Oregon Coachways, Inc**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **15th** day of **November**, 20**10**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Diana K. Carey**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Diana K. Carey**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Diana K. Carey**, **President** of this Corporation is authorized and directed to employ **George Treperinas WSBA #15434**, attorney and the law firm of **Karr Tuttle Campbell** to represent the corporation in such bankruptcy case."

Date  **November 16, 2010**

Signed  /s/ Diana K. Carey

**Diana K. Carey**

# Resolution of Board of Directors
of
## Oregon Coachways, Inc

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Diana K. Carey**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Diana K. Carey**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Diana K. Carey**, **President** of this Corporation is authorized and directed to employ **George Treperinas WSBA #15434**, attorney and the law firm of **Karr Tuttle Campbell** to represent the corporation in such bankruptcy case.

Date  **November 16, 2010**            Signed   /s/ Diana K. Carey

Date  _____            Signed   _____